

# NUMBER 13-14-00682-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                                              Appellant,

v.

JEROME EDMOND,                                                                   Appellee.

### On appeal from the 105th District Court
### of Nueces County, Texas.

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

Appellant, the State of Texas, by and through the District Attorney in and for Nueces County, Texas, has filed a motion for stay of proceedings in the above cause. On November 18, 2014, the trial court granted a motion to suppress evidence. The State has filed a notice of appeal and has requested a stay in the trial court's proceedings pending disposition of its appeal. *See* TEX. CODE CRIM. PROC. ANN. § 44.01(a)(5), (e)

(West Supp. 2011). The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that said motion should be granted. The motion for stay is hereby GRANTED, and the trial court's proceedings are hereby ordered STAYED pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Order delivered and filed the
19th day of December, 2014.